UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Rachael Joseph, | Case No. _____ |
| Plaintiff, | **DEFENDANTS' NOTICE OF REMOVAL** |
| vs. | |
| Department of Public Safety (State of Minnesota); and Commissioner Bob Jacobson (in his official and individual capacity), | |
| Defendants. | |

_____

Pursuant to 28 U.S.C. §§ 1331 and 1446, Defendants submit this Notice of Removal of the above-captioned civil action to the United States District Court for the District of Minnesota. In support hereof, Defendants state as follows:

1. Plaintiff Rachel Joseph commenced this action against Defendants on December 10, 2025, by pocket-serving the Summons and Complaint attached hereto as **Exhibit 1**.

2. This action is presently venued in the State of Minnesota District Court for the County of Ramsey, Second Judicial District ("Ramsey County District Court").

3. Defendants filed this action in Ramsey County District Court on December 31, 2025 where it is docketed as Court File No. 62-cv-26-17.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the First Amendment of the United States Constitution and 42 U.S.C. § 1983.

1

5. Plaintiff also alleges several state statutory claims for retaliation and discrimination pursuant to Minn. Stat. §§ 181.931, *et seq*, 609.748, 181.9445, and 363A.01.

6. Defendants are entitled to remove this action pursuant to 28 U.S.C. §§ 1441 and 1442.

7. Fewer than 30 days have elapsed since December 10, the date on which this action was commenced.

8. Defendants have simultaneously notified the Ramsey County District Court of its removal of this action. *See* 42 U.S.C. § 1446(b)(1).

9. In accordance with the provisions of 28 U.S.C. § 1446(d), copies of this Notice of Removal and the Notice of Filing Notice of Removal are being contemporaneously served on Plaintiff and filed with the Clerk of the Ramsey County District Court.

**WHEREFORE**, Defendants respectfully request that this action be removed to the United States District Court for the District of Minnesota.

Dated: January 2, 2026                Respectfully submitted

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Amanda Prutzman
AMANDA PRUTZMAN
Assistant Attorney General
Atty. Reg. No. 0389267

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1217 (Voice)
(651) 282-5832 (Fax)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANT