**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rachael Joseph, | Case No. 26-cv-18 (JWB/SGE) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| Department of Public Safety, et al., | |
| Defendants. | |

TO: Plaintiff Rachael Joseph by and through her attorneys Matthew Frank and Stephen M. Premo, Premo Frank PLLC, 401 Minneapolis Grain Exchange, 400 South Fourth Street, Minneapolis, MN 55415.

Defendants Department of Public Safety and Commissioner Bob Jacobson, in his official and individual capacity, move the Court for a partial dismissal of the Complaint with prejudice. This motion is made pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: January 7, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Amanda Prutzman
AMANDA PRUTZMAN (#0389267)
Assistant Attorney General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANTS

|#6265557-v1