# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rachael Joseph, | Case No. 26-cv-18 (JWB/SGE) |
| Plaintiffs, | **MEET AND CONFER STATEMENT** |
| vs. | |
| Department of Public Safety, et al., | |
| Defendants. | |

I hereby certify that, on January 6, 2026, Defendants' counsel conferred via phone with opposing counsel regarding Defendants' Partial Motion to Dismiss. As of the date of filing of this statement, the parties do not agree on a resolution of any part of the Defendants' motion.

Dated: January 7, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Amanda Prutzman
AMANDA PRUTZMAN (#0389267)
Assistant Attorney General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANTS

|#6265594-v1