**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rachael Joseph, | Case No. 26-cv-18 (JWB/SGE) |
| Plaintiff, | |
| vs. | **MEET AND CONFER STATEMENT** |
| Department of Public Safety, et al., | |
| Defendants. | |

I hereby certify that, on February 10, 2026, Defendants' counsel conferred via email with opposing counsel regarding Defendants' Partial Motion to Dismiss and a follow up telephone conference has been scheduled by the parties. As of the date of filing of this statement, however, the parties do not agree on a resolution of any part of the Defendants' motion.

Dated: February 10, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ Amanda Prutzman
AMANDA PRUTZMAN (#0389267)
Assistant Attorney General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANTS

|#6295346-v1