UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rachael Joseph,

Plaintiff,

vs.

Department of Public Safety, et al.,

Defendants.

Case No. 26-cv-18 (JWB/SGE)

**[PROPOSED] ORDER**

The above-entitled matter came on before the undersigned Judge of United States District Court on a Partial Motion to Dismiss the Amended Complaint brought by Defendants Department of Public Safety, Commissioner Bob Jacobson, Jordan Haltaufderheid, Kim Babine, and Rebecca Rabb, in their individual and official capacities.

Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

Defendants' Motion to Dismiss is GRANTED, and counts II and III of Plaintiff's amended complaint are dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:_____    BY THE COURT:

_____
Jerry W. Blackwell
United States District Judge