**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Rachael Joseph,

      Plaintiff,

v.

Department of Public Safety (State of Minnesota); Bob Jacobson, *Commissioner, in his official and individual capacity*; Jordan Haltaufderheid, *in his official and individual capacity*; Kim Babine, *in her official and individual capacity*; and Rebecca Rabb, *in her official and individual capacity*,

      Defendants.

Civ. No. 26-18 (JWB/SGE)

**ORDER ON DEFENDANTS'
MOTION TO DISMISS**

---

Matthew A. Frank, Esq., and Stephen M. Premo, Esq., Premo Frank PLLC, counsel for Plaintiff.

Amanda E. Prutzman, Esq., Office of the Minnesota Attorney General, counsel for Defendants.

---

Based on the files, records, and submissions in this case, and for the reasons stated at the April 22, 2026 hearing, **IT IS HEREBY ORDERED** that Defendants' Partial Motion to Dismiss (Doc. No. 14) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    Count II of the Amended Complaint (Doc. No. 10) is **DISMISSED** as to Defendant Department of Public Safety (State of Minnesota). Defendants' Motion is otherwise **DENIED** as to Count II.

2

2.    Count III of the Amended Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

Date: April 22, 2026                          *s/ Jerry W. Blackwell*
                                            JERRY W. BLACKWELL
                                            United States District Judge

2